UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. DENNIS SPRUILL (a/k/a "DENNIS SPRULL") D/O/B 04/05/1978 SBI # 931289B**

---

### PETITION FOR WRIT OF HABEAS CORPUS

1. DENNIS SPRUILL (a/k/a "DENNIS SPRULL"), (D/O/B 04/05/1978) is now confined at the Essex County Jail, 354 Doremus Avenue, Newark, New Jersey 07105.

2. Said individual will be required at Newark, New Jersey, before the Hon. William H. Walls, United States District Judge, **on Tuesday, October 21st, 2008, at 9:30 a.m.**, for an **Arraignment**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: October 2nd, 2008

BRIAN URBANO
ASSISTANT U.S. ATTORNEY

---

Let the Writ Issue.
DATED: 14 October, 2008

### ORDER

HON. WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

---

### WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Essex County Jail, Newark, New Jersey

WE COMMAND YOU that you have the body of

**DENNIS SPRUILL (a/k/a "DENNIS SPRULL")**

now confined at the Essex County Jail, be brought before the United States District Court, the Hon. William H. Walls, U.S. District Judge, in the U.S. Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on October 21st, 2008, at 10:00 a.m., so that he may appear for an **Arraignment** in the above-captioned matter.

WITNESS the Honorable William H. Walls
United States District Judge
Newark, New Jersey

DATED: 10/14/2008

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk