UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. DENNIS SPRUILL** (a/k/a "DENNIS SPRULL") **D/O/B 04/05/1978 SBI # 931289B**

---

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. DENNIS SPRUILL (a/k/a "DENNIS SPRULL"), (D/O/B 04/05/1978) is now confined at the Hudson County Jail, 35 Hackensack Avenue, Kearney, New Jersey 07105.

2. Said individual will be required at Newark, New Jersey, before the Hon. William H. Walls, United States District Judge, **on Tuesday, December 2nd, 2008, at 10:00 a.m.**, for an **Arraignment**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: November 19th, 2008

_____
BRIAN URBANO
ASSISTANT U.S. ATTORNEY

---

Let the Writ Issue.

DATED: 23 Nov, 2008

**ORDER**

_____
HON. WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

---

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Hudson County Jail, Hackensack, New Jersey

WE COMMAND YOU that you have the body of

**DENNIS SPRUILL (a/k/a "DENNIS SPRULL")**

now confined at the Hudson County Jail, be brought before the United States District Court, the Hon. William H. Walls, U.S. District Judge, in the U.S. Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on December 2nd, 2008, at 10:00 a.m., so that he may appear for an **Arraignment** in the above-captioned matter.

                WITNESS the Honorable William H. Walls
                United States District Judge
                Newark, New Jersey

DATED:                              WILLIAM T. WALSH
                                    Clerk of the U.S. District Court
                                    for the District of New Jersey

                                    Per: _____
                                         Deputy Clerk