UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| | | Crim. No. 08-667 (WHW) |
| v. | : | |
| | | <u>CONTINUANCE ORDER</u> |
| DENNIS SPRUILL, | : | |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., United States Attorney for the District of New Jersey (by Brian L. Urbano, Assistant U.S. Attorney), and defendant Dennis Spruill (by Kevin Carlucci, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___29___ day of December, 2008,

IT IS ORDERED that defense motions shall be filed by February 10, 2009, the government's reply shall by filed by February 17, 2009, the defense surreply, if any, shall be filed by February 24, 2008, the argument of the motions is scheduled for March 3, 2009, and the trial is scheduled for March 10, 2009; and

IT IS FURTHER ORDERED that the period from December 13, 3, 2008, through February 10, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. WILLIAM H. WALLS
United States District Judge

I hereby consent to the form
and entry of this Order

_____
Kevin Carlucci, Esq.
ATTORNEY FOR DEFENDANT

_____
BRIAN L. URBANO, AUSA