UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. WILLIAM H. WALLS |
| v. | : | CRIM. NO. 08-667 |
| DENNIS SPRUILL | : | ORDER TO DISCLOSE RECORDS |

This matter having come before the Court on the application of defendant, Dennis Spruill, through his counsel, Kevin F. Carlucci, Esq., Assistant Federal Public Defender, and the United States, by Brian Urbano, Assistant United States Attorney, having no objection, for an Order directing the United States Probation Office to turn over to the defendant records pertaining to the defendant's prior criminal record and for good cause shown,

IT IS ON THIS 19 day of April, 2010

ORDERED that the United States Probation Office is to turn over documents pertaining to the defendant's prior criminal record to counsel for the defendant.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge